FILED

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

2021 SEP 10 PM 3:59

for the **Middle**

District of **Florida**

**Ocala** Division

|  |  |
|---|---|
| Gerald Edwin Slaseman (agent) | Case No. |
| _Plaintiff(s)_ | (to be filled in by the Clerk's Office) |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | **5:21-CV-460-PGB-PRL** |
| -v- | Jury Trial: _(check one)_   Yes   No |
| Thomas Thompson III In his official and private Capacity | |
| Yaveth Parodi in his official and private capacity | |
| _Defendant(s)_ | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Gerald Edwin Slaseman (agent) |
| Street Address | c/o 5512 Ferdinand Drive |
| City and County | Orlando Florida - Orange |
| State and Zip Code | Florida [32808] |
| Telephone Number | (407) 868-2368 |
| E-mail Address | Jsslaseman79@Gmail.com |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Page of 5

Movin' On Estate Sales, LLC

# You paid **$113.72 USD**

to Movin' On Estate Sales, LLC
Details

### Get PayPal Notifications in Messenger

Send to Messenger

**Paid with**

Visa x-7271                                   $113.72 USD

This transaction will appear on your statement as PAYPAL *MOVINONLLC

**Shipped to**

Larry D Franz

10865 S.E. 182nd Ave Rd

Ocklawaha, FL 32179

United States

**Purchase details**

Receipt number: 80540216Y58229223

We'll send confirmation to:

Ldf33415@aol.com

**Merchant details**

Movin' On Estate Sales, LLC

Policies   Terms   Privacy   © 1999 - 2020

Exibit (A.D) Additional Defendants

1) Thomas Thompson III
Circuit County Judge of the fifth
Judicial Cirbuit In his Private and
Official Capacity.

2) Yeveth Paradi
Assistant State Attorney
fifth Judicial Circuit of marion County

3) BRENDA LEE DAZIER
STATE Attorney
County Court of the fifth
Circuit for marion County florida

4) Gregory C. Harrell
CLERK OF THE Court at Ocala,
Marion County, FLORIDA.

Counter Claim for MCCL A242XEP

Rule 13 Order of Removal under title
1333 12(A)(2) and 12(B)(6)

Gerald E. Slaseman (Agent)
Gerald EdutSlaseman

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

| | |
|---|---|
| Name | Thomas Thompson III |
| Job or Title *(if known)* | Circuit Judge / county |
| Street Address | 110 NW 1st Avenue |
| City and County | Ocala   marion |
| State and Zip Code | Florida   34475 |
| Telephone Number | uknown |
| E-mail Address *(if known)* | Unknown |

**Defendant No. 2**

| | |
|---|---|
| Name | Brenda Dozier |
| Job or Title *(if known)* | Assistant State Attorney |
| Street Address | 110 NW 1st Avenue |
| City and County | Ocala   marion |
| State and Zip Code | Florida   34475 |
| Telephone Number | (352) 671-5800 |
| E-mail Address *(if known)* | Eservice.marion@Sao5.0rg |

**Defendant No. 3**

| | |
|---|---|
| Name | Yaveth Parodi |
| Job or Title *(if known)* | Assistante State Attorney |
| Street Address | 110 NW 1st Avenue |
| City and County | Ocala   marion |
| State and Zip Code | Florida   34475 |
| Telephone Number | (352) 671-5800 |
| E-mail Address *(if known)* | Eservice.marion@Sao5.0rg |

**Defendant No. 4**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. §1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. §1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

| X Federal question | Diversity of citizenship |
|---|---|
| 28 . USC 951 441 / Act / 83 | |

12(B)(2)
12(B)(6)

Ⴟ TrueFit Posture

# Congrats - Order Complete!

You will receive an order confirmation email from us with the subject "Thank you for your purchase".
If you do not see it in your inbox, please check your spam folder.

✔ **Your Product Receipt:**

| Product | | | Price |
|---|---|---|---|
| **Product** | **Price** | **Qty. Amount** | |
| 1 TrueFit Posture Corrector - 50% OFF | $29.95 | 1    $29.95 | |
| 1 DrSock Soother | $15.00 | 1    $15.00 | |
| Subtotal | | | $44.95 |
| Shipping | | | $3.95 |
| Taxes & Fees | | | $3.43 |
| Grand Total | | | $52.33 |

🔒 **Feel free to email us with any questions:**



## Email: support@mytruefitposture.com

If you have any questions about your order, please send us an email and we
will get back to you within 24 hours.

Copyright - TrueFit - All Rights Reserved

DMCA PROTECTED

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Act 183.*
*Perjury*
*under oath*

*28 U.S.C 1441 = Notice of Removal*
*28 USC 1331  Gives the Court Original Jurisdiction*
*Rule 12(B)(2) County courts do not have Subject matter jurisdiction*
*Rule 12(B)(6) County Courts have not stated a claim in which relief*
*                    Can be granted*

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____ and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* | Thomas Thompson III | , is a citizen of the State of *(name)* | Florida | . Or is a citizen of *(foreign nation)* | . ocala Florida

b.    If the defendant is a corporation

The defendant, *(name)* | Thomas Thompson III | , is incorporated under the laws of the State of *(name)* | Florida | , and has its principal place of business in the State of *(name)* | Florida | . Or is incorporated under the laws of *(foreign nation)* | and has its principal place of business in *(name)* | Marion County |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

ProSe 1 (Rev. 12/16) Complaint for a Civil Case

| One Hundred and seventy five Thousand US Dollars $175.000.⁰⁰ | Thomas THompson III $75.000,000   Seventy five Thousand dollars |
|---|---|
| | Brenda Dozier - $50.000.00   Fifty Thousand dollars US. |
| | Yaveth Parodi - $50.000.00   Fifty Thousand dollars US |

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

SEE ExIBIT C

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

SEE EXIBIT C

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Gerald E Florence
An Rights Reserved -708
September 5, 2021   Page of 5
(407) 868-2368

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

| Date of signing: | SepTember 5, 2021 | |
|---|---|---|

| Signature of Plaintiff | _Gerald E. Slaten (agent)_ | |
|---|---|---|
| Printed Name of Plaintiff | Slaseman Gerald (agent) | |

All Rights Reserved.

**B.    For Attorneys**

| Date of signing: | | |
|---|---|---|

| Signature of Attorney | | |
|---|---|---|
| Printed Name of Attorney | | |
| Bar Number | | |
| Name of Law Firm | | |
| Street Address | | |
| State and Zip Code | | |
| Telephone Number | | |
| E-mail Address | | |

## Truth Affidavit
## In The Nature Of Supplemental
## Rules For Administrative And Maritime Claims Rules C(6)

### Grant of Exclusive Power Of Attorney to conduct all business, and legal affairs of principal person

### POWER OF ATTORNEY IN FACT

I, GERALD EDWIN SLASEMAN, GERALD E SLASEMAN, SLASEMAN GERALD E, or any derivative thereof, SECURED PARTY/CORPERATE FICTION, 5512 Ferdinand Drive, ORLANDO FL 32808, Do hereby appoint Gerald E. Slaseman, a living soul, as Agent with Power of Attorney in Fact, non-domestic, c/o 5512 Ferdinand drive Orlando Florida, to take exclusive charge of, manage, and conduct all of my tax, business, and legal affairs, and for such purpose to act for me in my name and place, without limitation on the powers necessary to carry out this exclusive purpose of attorney in fact as authorized.

1) To take possession of, hold, and manage my real estate and all other property;

2) To receive money or property paid or delivered to me from any source;

3) To deposit funds in, make withdrawals from, or sign checks or drafts against any account standing in my name individually or jointly in any Bank or other depository, to cash coupons, bonds or certificates of deposits, to endorse checks, notes or other documents in my name, to have access to, and place items in or remove them from any safety deposit box standing in my name individually or jointly, and otherwise to conduct bank transactions of business for me in my name;

4) To pay any just debts and expenses incurred by my Attorney in Fact Gerald E. Slaseman, in exercising this exclusive Power of Attorney;

5) To retain any investments, invest, and to invest in stocks, bonds, or other securities, or in real estate or other property;

6) To give general and special proxies or exercise rights of conversion or rights with respect to shares of securities, to deposit shares or securities with, or transfer them to protective committees or similar bodies,to join in any reorganization and pay assessments or subscriptions called for in connection with shares or securities;

7) To sell, exchange, lease, give opinions, and make contracts concerning real estate or other property for such consideration and on such considerations and on such terms at my attorney in fact Gerald e. Slaseman, may consider prudent.

8) To improve or develop real estate, to construct, alter, or repair building structures and appurtenances or real estate, to settle boundary lines, easements, and other rights with respect to real estate, to plant, cultivate, harvest, and sell or otherwise dispose of crops and timber and do all things necessary or appropriate for good living and husbandry.

9) To provide for the use, maintenance, repair, security, or storage of my tangible property.

10) To purchase and maintain such policies of insurance against liability, fire, casualty, or other risk as my attorney in fact Gerald e. Slaseman may consider prudent.

Page 1 of 3 Power Of Attorney in Fact from GERALD EDWIN SLASEMAN for Gerald edwin Slaseman, agent with the copy-claim by the GERALD EDWIN SLASEMAN

The Agent/Living soul, Gerald Edwin Slaseman, is hereby authorized by Law to act for and in control of the SECURED PARTY/CORPERATE FICTION, GERALD E. SLASEMAN, or any other derivative thereof.
In addition, through this exclusive Power of Attorney, to contract for all business and legal affairs of the principal person SLASEMAN GERALD EDWIN, SECURED PARTY/CORPERATE FICTION.

The term "exclusive" shall be construed to mean that while these powers of attorney are in force, only my attorney in fact may obligate me in these matters, and I forfeit the capacity to obligate myself with regard to the same. This grant of Exclusive Power is irrevocable during the Lifetime of the Agent/Living Soul, Gerald Edwin Slaseman.

Executed and Sealed by the Voluntary act of my own hand this          day of.          2021, I am.

This instrument was prepared by Gerald Edwin Slaseman.

Acceptance:
GERALD EDWIN SLASEMAN, GRANTOR
SECURED PARTY

Executed without the UNITED STATES, I declare under penalty of perjury under the Laws of the United States of America that the foregoing is true  and correct. Without Prejudice, UCC 1-308

   I, the above named exclusive attorney in fact,do hereby accept fiduciary interest of the herein-named SECURED PARTY and will execute the herein - granted Power of Attorney with due diligence.

Gerald Edwin Slaseman, Agent,
Attorney in  Fact,

Witnesses:

Page 2 of 3 Power  Of  Attorney from GERALD EDWIN SLASEMAN for Gerald edwin Slaseman, Agent with the copy-claim by Gerald Edwin Slaseman.

**NOTICE:**

Using a notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction, a benefit for the Pagans and Heathens so they whom I pray may become knowledgeable in the truth for the Law by our Holy Father in Heaven and repent, so they will no longer be alienated from their true God, Yahweh.

JURAT:

Gerald E Sl...

All Rights Re...

Orange County    ]
Florida State    ]    as:
                 ]

Subscribed and affirmed before me this
  30  day for the August  month in the       year of our Lord and Savior, twenty twenty   one
A.D.

Notary: _Ann Gingl_

Address of Notary: 2434 E Colonial Dr
                   Orlando FL 32803

Grace Singh
Notary Public
State of Florida
My Commission Expires 09/28/2023
Commission No. GG 382184

Notary expires:

Page 3 of 3 Power of Attorney from GERALD EDWIN SLASEMAN for Gerald Edwin Slaseman, Agent with the copy-claim by Gerald edwin Slaseman.

IN THE COUNTY COURT OF THE FIFTH JUDICIAL CIRCUIT IN AND FOR MARION COUNTY
FLORIDA

GERALD E SLASEMAN
Non domestic
C/o 5512 Ferdinand drive
Orlando Florida
(407)868-2368
Plaintiff

-vs-

Thomas P. Thompson lll magistrates
Individually or corperate capacity
110 nw 1st ave.
Ocala florida
Defendant

I Gerald E. Slaseman do declare that the following statement is true and correct as thy lord is
my witness

NOTICE OF CRIMINAL COMPLAINT

1)Act 183 Perjury under oath
Re:case number 20ct003750ax
Where as Thomas P. Thompson did issue a capias against Gerald Slaseman for a failure to
appear received by Gerald on June 3,2021 via. U.S.P.S

2)This capias was dated June 1,2021 for an alleged failure to appear dated April 16,2021

3) whereas, Gerald had a scheduled appearance dated April 15,2021 at the Marion County Courthouse at 9:00 a.month

4) Gerald appeared April 15,2021 at the Marion County Courthouse,as required and was denied access due to being sick with the flu. ( documented and verified by Clerk of Court) Gerald submitted motion to dismiss via efile that morning.

5)June 27,2021 Gerald had a zoom appearance for withdrawal of capias. At the end of the zoom call, Gerald was given a notice to appear in person at the Marion County Courthouse on August 1,2021 at 1:00p.m. (Sunday)

6) Gerald has been denied basic civil rights and has suffered significantly due to Mr.Thomas Thompson's direct abusive actions.

I *Gerald E. Slasemn* hereby confirm this is the truth,the whole truth and nothing but the truth as God is my witness, dated this 1st day of August,2021. 3:27p.m.

All rights reserved
Slaseman Gerald Edwin
Non-domestic
C/O 5512 Ferdinand drive
Orlando, Florida

Page 2 of 2 notice of criminal complaint CASE 20ct003705ax Marion county florida





# Acknowledgment by Individual

State of Florida

County of _Orange_

The foregoing instrument was acknowledged before me this ___30___ day

of _August_ , 20 _21_ , by means of ☐ physical presence  or ☐ online notarization

_GERALD SAASEMAN_ (name of person acknowledging).

☐ Personally known to me

☑ Produced Identification

Type of Identification Produced _FL NL_

Notary signature _Grace Singh_

Notary name (typed or printed) _Grace SINGH_

Title (e.g., Notary Public) _NOTARY PUBLIC._

### Place Seal Here

Grace Singh
Notary Public
State of Florida
My Commission Expires 09/26/2023
Commission No. GG 362184

## For Bank Purposes Only Description
## of Attached Document

Type or Title of Document

_NOTICE OF CRIMINAL COMPLAINT_

Document Date                          Number of Pages

_8/1/2021_                             _2_

Signer(s) Other Than Named Above

Account Number (if applicable)

© 2020 Wells Fargo Bank, N.A. All rights reserved.
DSG5350FL/595501 (Rev 05- 05/21)

*GERALD E SLASEMAN | 20CT003705AX*

## IN THE COUNTY COURT OF THE FIFTH JUDICIAL CIRCUIT
## IN AND FOR MARION COUNTY, FLORIDA

**STATE OF FLORIDA**

vs.                                          Case Number: 20CT003705AX

**GERALD E SLASEMAN**
    Defendant.

### BENCH WARRANT

**TO ALL AND SINGULAR THE SHERIFFS OF THE STATE OF FLORIDA:**

      This is to command you to take the Defendant, GERALD E SLASEMAN, into custody if found in your county, and safely keep him so you have said Defendant before a judge of this Court to answer the State of Florida for FTA CHANGE OF PLEA for

| Count # | | | | Bond Amount(s) |
|---|---|---|---|---|
| 1 | DRIVING WHILE LICENSE SUSPENDED CANCELED REVOKED PRIOR OFFENSE | 322.34.2B | CASH OR SURETY | $   5,000.00 |
| | | | Total Bond Amount: | $   5,000.00 |

and have then and there this writ with due return of your action endorsed thereon.

     THE STATE OF FLORIDA WILL EXTRADITE _____ YES _____ NO

The undersigned hereby endorses bail as indicated above and does/does-not authorize modification of this bail by the Judge presiding at first appearance.

WITNESS my hand and official seal of said Court at Ocala, Marion County, Florida, on \_\_\_\_6/1/21_____.

DONE AND ORDERED on \_\_4/16/21\_\_

_____
**THOMAS P THOMPSON III**

Gregory C. Harrell
Clerk of Court and Comptroller

\_\_\_K. Hagood\_\_\_\_\_
Deputy Clerk



CLERK OF COURT AND COMPTROLLER

*Gregory C. Harrell*

June 1, 2021

GERALD E SLASEMAN
5512 FERDINAND DR
ORLANDO FL 32808

Re:    Case Number: 20CT003705AX
       Citation Number: A24ZXEP

## NOTICE TO COMPLY – CRIMINAL TRAFFIC VIOLATION

Our records reflect that as of 04/16/21 you have failed to comply with the Court's requirements for the above-referenced case. To avoid suspension of your driver's license, you must comply with the court requirements listed below within thirty (30) calendar days of this notice.

## COURT REQUIREMENTS

__X__    Report immediately to the Marion County Sheriff's Office, 700 NW 30th Avenue, Ocala, Florida.

_____   Pay the outstanding fines, court costs and fees totaling $. A copy of this notice should be enclosed with your remittance in the form of a cashier's check or money order, made payable to GREGORY C. HARRELL, CLERK. Payment may also be made by credit

Gregory C. Harrell
Clerk of the Circuit and County Courts
MARION County Florida

| | | | |
|---|---|---|---|
| Receipt #: XX 641632 | Case #: 20CT003705AX | Citation #: | |
| Posting Date: 05/27/2021 | Citation #: | Balance: $ | 64.00 |
| Validn Date: 05/27/2021 10:51 AM | Workstation: 50160 | Clerk: | johnme |
| Validn Time: 10:51 AM | | | |

Paid By: DEFT

Account Group: COPY FEE CT
Comments: COPY OF CITATION

| | Account Description | Detail Amount |
|---|---|---|
| CTSRV | SERVICE FEES-CRIMINAL TRAFFIC | $1.00 |

CASH:  $     1.00                    Ref#:

TOTAL TENDERED:   $        1.00
CASH REFUND :   $        0.00
TOTAL PAID:   $        1.00
SERVICE FEE:   $        0.00

CASE ASSESSMENT TOTAL:   $       65.00
TOTAL DUE:   $       65.00
CURRENT CASE BALANCE:   $       64.00

20CT003705AX                         GERALD E SLASEMAN

Message Link Click Send

message corner

message

None
Two mess

Left   Corner

Two arrows facing like sideways
V.

2OCT3705

## FLORIDA UNIFORM TRAFFIC CITATION

**A24ZXEP**

4WH66LGR

DIST # 7

200528052/4

COUNTY OF MARION
CITY (IF APPLICABLE)

☐ (1) F.H.P. ☐ (2) P.D. ☒ (3) S.O. ☐ (4) OTHER
AGENCY NAME MCSO
AGENCY # 14

IN THE COURT DESIGNATED BELOW THE UNDERSIGNED CERTIFIES THAT HE/SHE HAS JUST AND REASONABLE GROUNDS TO BELIEVE AND DOES BELIEVE THAT ON

**COMPLAINT**
(RETAINED BY COURT)

| DAY OF WEEK | MONTH | DAY | YEAR | | |
|---|---|---|---|---|---|
| THURS | MAY | 28 | 2020 | 1614 | ☐AM ☒PM |

NAME (PRINT) FIRST GERALD MIDDLE G LAST SLASEMAN
STREET 5512 FERDINAND DR
CITY ORLANDO STATE FL ZIP CODE 32808
TELEPHONE NUMBER REFUSED DATE OF BIRTH MO 3 DAY 11 YR 79 RACE W SEX M HGT 6'2

| DRIVER LICENSE NUMBER | 5 4 2 5 2 8 5 7 9 0 1 1 0 | STATE | CLASS | CDL LICENSE ☐YES ☒NO | YR. LICENSE EXP. | COMMERCIAL VEHICLE ☐YES ☒NO |

YR. VEHICLE MAKE POLARIS STYLE 4WHEELER COLOR GRN PLACARDED HAZARDOUS MATERIAL ☐YES ☒NO
VEHICLE LICENSE NO. TRAILER TAG NO. STATE YEAR TAG EXPIRES ≥ 16 PASSENGERS ☐YES ☒NO
UPON A PUBLIC STREET OR HIGHWAY, OR OTHER LOCATION, NAMELY V7000 SE 95 ST RD MOTORCYCLE ☐YES ☒NO
COMPANION CITATION NUMBER(S) ☐YES ☒NO
FT. MILES ☐N ☐S ☐E ☐W OF NODE

### DID UNLAWFULLY COMMIT THE FOLLOWING OFFENSE. CHECK ONLY ONE OFFENSE EACH CITATION.

☐ UNLAWFUL SPEED _____ MPH SPEED APPLICABLE _____ MPH
(☐ INTERSTATE ☐ SCHOOL ZONE ☐ CONSTRUCTION WORKERS PRESENT)
SPEED MEASUREMENT DEVICE: _____

| | | |
|---|---|---|
| ☐ CARELESS DRIVING | ☐ CHILD RESTRAINT | ☐ EXPIRED DRIVER LICENSE |
| ☐ VIOLATION OF TRAFFIC CONTROL DEVICE | ☐ SAFETY BELT VIOLATION | SIX (6) MONTHS OR LESS |
| ☐ FAILURE TO STOP AT A TRAFFIC SIGNAL | ☐ IMPROPER OR UNSAFE EQUIPMENT | ☐ EXPIRED DRIVER LICENSE |
| ☐ IMPROPER LANE CHANGE OR COURSE | ☐ EXPIRED TAG SIX (6) MONTHS OR LESS | MORE THAN SIX (6) MONTHS |
| ☐ NO PROOF OF INSURANCE | ☐ EXPIRED TAG MORE THAN SIX (6) MONTHS | ☒ NO VALID DRIVER LICENSE |
| ☐ VIOLATION OF RIGHT-OF-WAY | ☒ DRIVING WHILE LICENSE | ☐ DRIVING UNDER THE INFLUENCE |
| ☐ IMPROPER PASSING | SUSPENDED OR REVOKED | ☐ Passenger Under 18 Yrs. BAL _____ |

OTHER VIOLATIONS OR COMMENTS PERTAINING TO OFFENSE: DWLSR
RE - EXAM ☐YES ☐NO
DL SEIZED ☐YES ☐NO

| ☐ AGGRESSIVE DRIVING | IN VIOLATION OF STATE STATUTE | SECTION 322.34 | SUB-SECTION 2 A |

CRASH ☐YES ☒NO PROPERTY DAMAGE ☐YES $ ☐ INJURY TO ANOTHER ☐YES ☒NO SERIOUS BODILY INJURY TO ANOTHER ☐YES ☒NO FATAL ☐YES ☒NO

☒ CRIMINAL VIOLATION, COURT APPEARANCE REQUIRED, AS INDICATED BELOW.
☐ INFRACTION COURT APPEARANCE REQUIRED, AS INDICATED BELOW.
☐ INFRACTION WHICH DOES NOT REQUIRE APPEARANCE IN COURT.

MCCC - CASE INTAKE
JUN 09 2020 12:05
A24ZXEP

CIVIL PENALTY IS $ _____
COURT INFORMATION 6/11/2020 1PM
DATE TIME
MARION COUNTY COURT
COURT
110 NW 1ST AVE
LOCATION
THOMPSON

ARREST DELIVERED TO ROR DATE 5/28/2020

I AGREE AND PROMISE TO COMPLY AND ANSWER TO THE CHARGES AND INSTRUCTIONS SPECIFIED IN THIS CITATION. WILLFUL REFUSAL TO ACCEPT AND SIGN THIS CITATION MAY RESULT IN ARREST. I UNDERSTAND MY SIGNATURE IS NOT AN ADMISSION OF GUILT OR WAIVER OF RIGHTS. IF YOU NEED REASONABLE FACILITY ACCOMMODATIONS TO COMPLY WITH THIS CITATION, CONTACT THE CLERK OF THE COURT.

REFUSED
X SIGNATURE OF VIOLATOR: MY SIGNATURE IS PLEDGE TO APPEAR FOR INFRACTION REQUIRING APPEARANCE IN COURT.

RANK - NAME OF OFFICER S9?? PATROL
BADGE NO. I.D. NO. TROOP UNIT
☐ I CERTIFY THIS CITATION WAS DELIVERED TO THE PERSON CITED ABOVE AND CERTIFY THE CHARGE ABOVE

HSMV 76901 (Rev. 07/12)

# Affidavit of fact/Truth

Gerald C. Slaseman, All Rights Reserved
℅ 5512 Ferdinand Ln
Orlando Florida

Under the Pains and Penalties of Perjury,
I hereby declare the following statement to be the
truth, the whole truth and nothing but the truth.

In regards to Case number: 20CT003705AX
Driving while license suspended.

1) This all began as i was Sitting on my A.T.V,
Checking the fluids as the machine was indicating
That it was overheating. The machine was not running
nor were the keys in it. I litterally had the oil
dipstick in one hand and a Paper towel in my other
hand as I heard a Voice behind me Say, "Good
evening Sir". Kinda Startled me. (NOTE: now Im well off
of the road/Asphault and on Private Property) So, its Marion
County Sheriffs department. He Proceeds to ask me if I had
a drivers license. I indicated without thinking, drivers license!
Im not driving. So back and forth we go, I said Sir,
im Sitting on this atv w no keys in it checking the
fluids on Private Property.

2) So i give this officer my information as he was
getting Pretty aggressive. So he Says Sit tight for a minute,
(as it im going to just Start this machine and take off.) So, I
go abouts checking all the other fluids trying to figure out why
my A.T.V was overheating.
A few minutes later the officer returns to me Saying
Mr. Slaseman, I See You dont have a Valid drivers license
and Your opperating a vehicle out here. I replied, no Sir
im, not opperating a vehicle out here. i am Sitting on my
4four wheeler Checking the Fluids.
He Says, Im not here to argue with You, I just need
You to Sign this Citation.

3) Immediatly i objected Saying no Sir, i do not Consent
to Your jurisdiction and i do not accept to Contract w/ You
. Im not Signing anything. The officer Says ok thats fine,
ill just Put refusal. So he Polls the Citation from the
rest of the booklet and tries to hand it to me. I just
looked at him as if he was really that Stupid or maybe
he thought i was. So he Placed the Citation on the
machine inbetween the handlebars and front rack.

# Affidavit of Fact Continued

(note:) I had been Sitting on my A.T.V for at least 2-3 two, three maybe four minutes, with the engine off and atleast 20 to 30 twenty to thirty feet from the closest road or asphault before this Marion County officer pulls up behind me.

4) There is no possible way that this officer can make a valid claim to me opperating this machine moreless the assumption of driving it.

5) It is litterally and phisically impossible for/to validate his alligations.....

6) So. a few days later I take the citation and write Void accross the front of it and down the side I wrote I donot consent nor agree to this Contract. and mailed it to the Clerk of Court.

Well.... a few weeks later I recieve a notice from Marion County, indicating that i am to appear at the Courthouse in reguards to this matter.

7) I schedule me a ride from Orlando to Ocala via a friend on said date, and as i go to attend this meeting, what do ya know. The Public Courthouse is requiring facial covering ~~due to~~ due to this false Covid-19 non-sense.

8) Now I have a medical exemption and a signed form from my life long family Physican, but did not have the physical paper form on me. I did have a Email of it in my Phone. Anyways... So standing outside of the Courthouse having just come from Orlando I contact the Clerk of Court and explain to them the situation.

9) So the Clerk tells me at first she dont know what to tell me but after talking and explaining my situation She/the clerk advises me to send an Email of a copy of my exemption form to a judge "Fitterhoff"

10) Now completly frustrated and quite disstressed, I finally figured out how to send the copy to Ms. Ritterhoff.

11) I sot outside for over an hour and a half with multiple calls to the Clerk of Courts. and to no admittance allowed to attend this meeting.

(note) I am very bullheaded and refuse to give in, when i know i am not in the wrong. I was raised to stand firm and strong to something I believe true and rightous.

12) So. Confused, frustrated, angry, hot and sweaty, i make the decision to leave back for Orlando.

From conversations from/with the Clerk. She advised me just to wait for instructions in the mail.

Affidavit of fact/Truth continued

13) So a few days ao by and i recieve a letter from Marion County indicating another date set for arraignment. Thinking that there should be no issues this time in reguards to the mask covering and all we went through at the previous attempt, I arrainged transportation from orlando to ocala to attend my arraignment. This time i even had my physical document of exemption from my Doctor.

14) Low and behold, i get there and explain my situation to Security at the Courthouse, show them my exemption form and yet again they deny me access to proceed. So, outside the Courthouse I call the Clerk of Court to tell them whats going on and once again they ask me to email the form to the judge directly. As instructed to do i did and recieved a responce indicating that the Photo was blurry and dificult to read.

15) I had the letter in my hand.... allow me to get through the Security guards and You/they could have seen it rite then/there,

16) Now this is getting rediculous to say the least. With no immediate responce after about an hour, We start back to Ortando. Once home. i sent a Certificate letter informing my Knowledge to the right to travel.

17) But once again, a few days later. i recieved another notice to appear. So once again, i got a ride on said date to go to Court. in which now the Courts have transferred my Case from Ms. Ritter-hoff/ a traffic magistrate, to now mr. Thomas. which is reconganized as a mental health magistrate.

18) And as the two Prior times. I go from Orlando to Ocala only to be denied yet again. Now being so frustrated by the lack of accessesability to a Public facility, which is descrimination and a violation of Civil rights I did not call the clerk but instead went home and put together a decleration of non-consent, and a motion to dismiss due to lack of Jurisdiction. lack of due Process and an invalid Contract. which i did recieve a letter informing me to contact the Marion County Sherriffs department.

19) At that Point ii called the Clerk of Court for the Status of my Case and all they could tell me was to contact the Sheriffs department.

4 of 4

## Affidavit of truth/fact Continued

20)   In truth ; neglected to Contact the Sheriffs department but not long after I was detained during a traffic stop in Seminole County.

21)   Where due to having a out of County warrent for this bogus failure to appear. ʿ(I did not fail to appear to any Court date or hearing. My standing is firm and true, in my whole life not once have i failed to appearʾ but due to this Plandemic fraud. i was denied attendance. Not once but (3) three times. which alone Cost me $50.00 just in travel expenses.

22)   Unable to just Put up 10% of the $2000 bond and being required to Put up the whole ammount Plus an extra $250.00 for being out of County. I was forced to be deprived of my freedom and rights. for (7) seven days.

23)   All due to the false alligations and void Contract via a fradulant citation.

24)   At this time i will ask the State attourney for reimbursment for out of Pocket expenses and expenses i have incurred as a result of this issue.

25)   Attached to/with this affidavit will be an expences incurred Chart as well as a Motion to dismiss this Case with Prejudice.

Now this 9th ninth day of April 2021
I Gerald L Slaseman do Confirm that this is
a true and correct Statement to the best of my abilit.

Gerald L Slaseman
4 - 9 - 2021  Gerald L S
Ucc 1-208  All rights reserved

"URGENT"      State of Florida
                    -v.-
                Gerald E Shireman                    Case: 20CT003705AX

Mr. Thompson,

In regards to case number: 20ct003705ax, a failure-to-appear was issued by Mr. Thompson on April 16, 2021. Defendant had a scheduled appearance dated Thursday, April 15, 2021. On Thursday, April 15, 2021, Defendant appeared at the Marion County Courthouse and was denied access due to having the flu.  The security woman at the entrance took the Defendant's information and logged it into the record.  Immediately thereafter, Defendant called the Clerk's Office at 8:23 a.m. to confirm that the Defendant appeared and was denied access to the courthouse.  Defendant then sent a Motion to Dismiss and an affidavit of truth on (Thursday) April 15, 2021 at 8:53 a.m.  On April 15, 2021 at 11:51 a.m. Defendant received an email from Criminal@marioncountyclerk.org stating "we are in receipt of your request and will process in the order in which it was received," (confirming the emails were received).

Mr. Thompson, it appears that there is a lack of communication within your organization. Defendant then received a notice in the mail, ordering by way of threat, a zoom appearance scheduled for Tuesday May 11,2021 at 1:30 p.m. On (Tuesday) May 11, 2021, 1:24p.m, Defendant made a special appearance via zoom as required.  During this phone appearance the Defendant was informed of THE STATE's (plaintiff) "Motion to Strike" Defendant's "Motion to Dismiss" due to (1) neither Motion contained an affirmation that the facts are true and correct (2) Motions were not sworn to therefore facially insufficient. (1)(a) Defendant's affidavit of truth. Under heading states the following: I declare the following statement to be the Truth, The whole Truth and Nothing but Truth. (2)(a) Defendant confirms the affidavit to be a True and Correct statement, but adds "to the Best Of His Ability" and seals it with his autograph and thumbprint. Fla. R. Crim. P. 3.190(c)(4) affirm that the motion is true and correct. See e.g. State v. Rodriguez. (Defendant not aware of the plaintiff's motion to strike had no time to prepare any defense)

During the zoom appearance, Defendant was given a chance to question the officer that issued the charging citation (Officer Edward of MCSO badge 5917). When Mr. Edwards was asked to explain the encounter with the Defendant, Mr. Edwards, said when he first encountered the Defendant, the Defendant was sitting on an ATV on the side of the road. He approached the Defendant and requested to see a Driver's License, at which time the Defendant said that he "did not wish to contract" with the officer. Mr. Edwards then asked the Defendant again if he had Driver's License, the Defendant replied that he "Did Not Consent" to contract with me (Officer Edwards). Then, when asked if at any point did Mr. Edwards witness the Defendant "Driving" or "Operating" the ATV he replied, No! "No, He Did Not". (So Defendant did not consent to any contract, and officer Edwards did not witness the Defendant "Driving")  Officer Edward indicated that he was relying on hearsay from another fellow officer (See State v. Fordham, 465 So. 2d 580 (Fla. 5th DCA 1985) (oath of accused must be based upon his own knowledge of the facts and not "upon information and belief.") Question: What was this informant "other officer" doing at the time that he claims to have seen the Defendant violating a statute, that he, being a first-hand witness, did not detain the Defendant for questioning?) Because, at no time did he see,

nor can anyone claim that the Defendant was Driving on any public road –period. Defendant rested his case. (After hearing that there are no material disputed facts and the undisputed facts do not establish a prima facie case of guilt)

Mr. Thompson, still granted the plaintiff's Motion to Strike. The Defendant was given a next court appearance date of May 27, 2021 at the Marion County Courthouse. May 12, 2021 Defendant receives THE STATES "plaintiffs" (motion to strike) in the mail. May 27, 2021 Defendant appears at the Courthouse as required, by force, and proceeds to the Clerk's Office to get a clear copy of the Citation. While speaking with the Clerk , they advised the Defendant that the "Defendant did not have a hearing on May 27, 2021." The Clerk said they were not showing the Defendant on the Docket for said date and was not showing any next appearance date. Mr. Thompson it appears "again" that there is a lack of communication within your organization. Now, being confused, frustrated and not really sure as what to do, the Defendant, against his better judgement, goes to the public pretender's office and applies for legal assistance.

(Dated May 27, 2021) Defendant, reserves all his rights on application and NOT granting the court's jurisdiction. On June 3, 2021 Defendant receives mail indicating to report immediately to the Marion County Sheriff's Office for a failure-to-appear dated June 1, 2021 from a failure to comply as of April 16,2021. Defendant immediately calls the Clerk of Marion County to see what was going on. The Clerk does not provide any information other than to contact the attorney office for assistance. So the Defendant calls the Public pretender's office and was appointed Jorge....... was forwarded to his secretary and described briefly the situation and urgency of this matter. The Defendant got no reply, so calls back two days later and spoke with Jorge's assistant again. Jorge returned the Defendant's call that evening to get a description of the case. Defendant has, as of June 18, 2021, been in contact with defense counsel. Although defense council is appointed in this matter, "Defendant Reserves All Rights To Common Law" and does not grant nor consent to the Foreign Corporation of THE STATE, THE STATE OF FLORIDA or any Maritime Admiralty Jurisdiction. "Defendant Denies Consent"

Mr. Thompson, it is very clear that there is a lack of communication within your organization. Mr. Thompson, Gerald Edwin here the living breathing flesh and blood. I did not consent to Mr. Edward's unlawful contract, I did not consent to your courtroom appearances and I do not consent to being Bullied or Terrorized by you, nor your organization. Mr. Thompson, in the 43 years on this planet and still to this day, I have NEVER failed to appear for any appearance. Check the records, the Facts are the Facts! Only from the apparent lack of communication from within your office, my only two failures-to-appear are from Mr. Thompson I am no criminal or bad guy. If I have done some wrong to someone or if I have committed any wrong doings, I have no problem taking full responsibility for my actions. I always have and always will. Only cowards run from a fight and deny their actions and I am far from any cow-herd. Mr. Thompson, I asked you in the very beginning as to what styles manual was being used to bring forth these fraudulent claims? Section 9 says that "English" is the official language of "Florida." Florida legal styles manual does not show THIS AS A LEGAL OR LAWFUL WAY OF STYLING and is NOT English. Even examples from the (plaintiff's) motion to strike, ex: "S"ee e.g., "S"tate v.

Rodriguez, "S"tate v. "U"pron, "S"tate v. "F"ordham. So IF THIS DEBASED LATIN IS NOT ENGLISH, IT IS NOT CORRECT AND THERFORE IS FRAUD AND INVALID.

MR THOMPSON, I am far from illiterate as worded in Black's Law Dictionary 4th edition, and even farther from being a surety for a foreign corporation. For the Record, I am the Director, The Beneficiary and Soul Share Holder of the vessel known as GERALD SLASEMAN. Gerald Slaseman does not grant you any authority whatsoever. Mr. Thompson, I command you as trustee to recuse yourself from this case in which you have shown to be unfair and have been biased in regards to this issue. I also demand that you withdraw the capias on the Defendant. The Defendant will be putting in a removal from this court in which I have a right to under Title 28 U.S.C 1333. I have incurred a significant cost due to the neglect and abuse directly from (Mr. Thompson and THE STATE) and will demand monetary payment for the attached cost. I do not wish badly on anyone, but I feel Mr. Thompson and all parties involved with this case should be held accountable for their behavior.

ON JUNE 29, 2021 During a Zoom Appearance, Mr. Thompson indicated My Capias for FTA was due as a result of the Defendant showed up but then left. Mr. Thompson is referencing a failure to appear for April 16, 2021, where Defendants Scheduled Court date was 4-15-2021 This would be the first/(well) verified lie. Defendant Appeared MAY, 27 2021 as required/scheduled but was not on the Docket. So Defendant Submitted application for legal Assistance and left. Not 4/6-2021 This would be lie number <s>this</s> 2

I Gerald Slaseman herebr Confirm that this Document is based on facts of Case 20LT003705AX and these facts Should all be on record of the Marion County Courthouse at 110 NW. 1st Avenue Ocala, Florida.

Gerald E Slaseman
Gerald E Slaseman
June 2, 2021
% 5512 Ferdinand Dr.
Orlando Florida
Jsslaseman79@gmail.com
(407) 868-2368



# Acknowledgment by Individual

State of Florida

County of _Orange_

The foregoing instrument was acknowledged before me this ___30___ day

of _August_ _____, 20_21_ , by means of ☑ physical presence  or ☐ online notarization

_GERALD SLASEMAN_ _____ (name of person acknowledging).

☐  Personally known to me
☑  Produced Identification
    Type of Identification Produced __FL DL_____

Notary signature _Grace Singh_

Notary name (typed or printed) _GRACE SINGH_

Title (e.g., Notary Public) _NOTARY PUBLIC_

Place Seal Here

Grace Singh
Notary Public
State of Florida
My Commission Expires 09/28/2023
Commission No. GG 362184

## For Bank Purposes Only Description
## of Attached Document
Type or Title of Document
_CASE NUMBER  20CT 003705 AX_

Document Date                     Number of Pages
_06|02|2021_                       _3_

Signer(s) Other Than Named Above

Account Number (if applicable)

© 2020 Wells Fargo Bank, N.A. All rights reserved.
DSG5350FL/595501 (Rev 05- 05/21)

# FOR DOMESTIC AND INTERNATIONAL USE

**UNITED STATES POSTAL SERVICE®**

**PRIORITY MAIL EXPRESS®**

EJ 856 262 579 US

## CUSTOMER USE ONLY

FROM: (PLEASE PRINT)   PHONE ( )

Gerald Shreemann
c/o SSr. federwald dn
orlondo Florida

**DELIVERY OPTIONS** (Customer Use Only)

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( )

Clerk of Court
201 Northwest Second st.
Ocala Florida
3411

ZIP + 4® (U.S. ADDRESSES ONLY)

## ORIGIN (POSTAL SERVICE USE ONLY)

PO ZIP Code: 32858
Day Accepted (MM/DD/YY): 9-9
Time Accepted: 13:30

Scheduled Delivery Date (MM/DD/YY): 9-10

PAYMENT BY ACCOUNT

## DELIVERY (POSTAL SERVICE USE ONLY)

Total Postage & Fees: $26.35

SCREENED
By USMS



U.S. POSTAGE PAID
PME 1-DAY
ORLANDO, FL 32808
$26.35
R2304Y122827-07

is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may a violation of federal law. This packaging is not for resale. EP13C © U.S. Postal Service; July 2013; All rights reserved.