# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**GERALD EDWIN SLASEMAN,**

      **Plaintiff,**

v.                                                     **Case No: 5:21-cv-460-PGB-PRL**

**THOMAS THOMPSON, III, YEVETH PARODI, BRENDA LEE DOZIER and GREGORY C. HARRELL,**

      **Defendants.**
_____/

## ORDER

This case is before the Court upon review of the file. On October 28, 2021, the Court entered an Order Directing Compliance (Doc. 9) directing Plaintiff to file a Notice of Pendency and a Certificate of Interested Persons. Plaintiff was warned that failure to comply with the Order may result in dismissal of the case without further notice. Plaintiff has failed to comply with the Court's Order, and the time to do so has now passed.

Therefore, it is **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE.** The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on December 1, 2021.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Unrepresented Parties